1  David S. Henningsen, Esq. (SBN 064195)
   Jonathan N. King, Esq. (SBN 227121)
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113
   Telephone: (408) 298-7120
4  Facsimile: (408) 298-0477

5  Attorneys for Defendant,
   RELIABLE TRUCKING, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PROGRESSIVE CASUALTY              Case No.  C 06 1930
   INSURANCE COMPANY
12                                   **RELIABLE TRUCKING, INC'S
              Plaintiffs,            STIPULATION TO EXTEND TIME TO
13                                   FILE RESPONSIVE PLEADING**
   vs.
14
   ZURICH-AMERICAN INSURANCE
15 COMPANY, HARIT SINGH dba HARRY
   BROS. TRUCKING, INC., DENNIS
16 MATEO AND JoANN MATEO,

17            Defendants.

18 _____/

19

20     Plaintiff's Complaint for Declaratory Relief was filed in the United States District Court in

21 and for the Northern District of California on or about March 14, 2006.  Service of process was

22 completed upon Reliable Trucking, Inc on or about April 20, 2006, making Reliable Trucking, Inc's

23 responsive pleading due on or about May 10, 2006.

24

25     IT IS HEREBY STIPULATED that Reliable Trucking, Inc's responsive pleading is now

26 due on May 24, 2006.  IT IS FURTHER STIPULATED that the execution of this document in no

27 way constitutes a general appearance in this Court by either Reliable Trucking, Inc or their below

28 counsel.

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

1

RELIABLE TRUCKING, INC'S STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

1  DATED: May 10, 2006.

By: _____
RICH OSMAN
Attorneys for Plaintiff

By: _____
JONATHAN N. KING
Attorneys for Defendant
RELIABLE TRUCKING

Dated: May 11, 2006

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**IT IS SO ORDERED**
Judge Joseph C. Spero

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120