**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DUANE C. MUSFELT, SB# 72058
    E-Mail: musfelt@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile:   (415) 434-0882

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY, HARJIT SINGH dba HARRY BROTHERS TRUCKING, RELIABLE TRUCKING, INC., DENNIS MATEO and JoANN MATEO,<br><br>           Defendants. | CASE NO. C 06 1930  JCS<br><br>Action Filed:  March 14, 2006<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR ZURICH AMERICAN INSURANCE COMPANY TO RESPOND TO COMPLAINT** |

    Plaintiff Progressive Casualty Insurance Company and Defendant Zurich American Insurance Company stipulate that time in which Zurich American shall file and serve pleading responsive to Progressive Casualty's Complaint is extended to and including May 25, 2006.

    IT IS SO STIPULATED.

DATED: May 12, 2006       BERTRAND, FOX & ELLIOT

                             By _____
                                  Richard W. Osman
                                  Attorneys for Plaintiff
                                  PROGRESSIVE CASUALTY INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | DATED: May 15, 2006 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By _____
Duane C. Musfelt
Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

IT IS SO ORDERED.

Dated: May 16, 2006

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]