GREGORY M. FOX, ESQ., SBN 070876
RICHARD W. OSMAN, ESQ., SBN 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ZURICH-AMERICAN INSURANCE COMPANY, HARJIT SINGH dba HARRY BROS. TRUCKING, RELIABLE TRUCKING, INC., DENNIS MATEO and JoANN MATEO, <br><br> Defendants. | Case No.: C-06-01930-JCS <br><br> **SECOND STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **Civil Local Rules 6-1(a)** |

Plaintiff, Progressive Casualty Insurance Company (hereinafter, "Progressive"), by and through its counsel of record, Richard W. Osman of Bertrand, Fox & Elliot, and defendant ZURICH-AMERICAN INSURANCE COMPANY ("Zurich"), by and through its counsel of record Mark Koop of Lewis Brisbois Bisgaard & Smith, LLP, and defendant RELIABLE TRUCKING, INC. ("Reliable") by and through its counsel of record Jonathan King, of ROBINSON & WOOD, INC. hereby agree and stipulate as follows:

Second Stipulation Extending Defendants' Time to Respond to Plaintiff's Complaint

1

Plaintiff filed its complaint on March 14, 2006. Defendant Zurich was served on April 21, 2006. Defendant Reliable was served on April 20, 2006. The parties acting by and through their attorneys stipulated that defendant Zurich's time to respond to the complaint be extended to May 25, 2006 and that Reliable's time to respond to the complaint be extended to May 24, 2006. The Court ordered the stipulations.

The present action arises out of a coverage dispute that arose in Alameda County Superior Court Case No. RG04183951, entitled *Mateo v. Singh*. That matter was recently settled and the coverage dispute between Progressive and Zurich has also recently been settled. Therefore, it is Progressive's intention to voluntarily dismiss the present action pursuant to FRCP Rule 41 after the settlement documents have been executed.

In order to permit time for the settlement paperwork to be completed, the parties hereby stipulate that defendants will file and serve their responsive pleadings by June 15, 2006.

SO STIPULATED.

Dated: May 24, 2006          BERTRAND, FOX & ELLIOT

                             By: _____
                             Richard W. Osman
                             Attorney for Plaintiff PROGRESSIVE
                             CASUALTY INSURANCE COMPANY

Dated: May 24, 2006          LEWIS BRISBOIS BISGAARD & SMITH, LLP

                             By: _____
                             Mark Koop
                             Attorney for Defendant ZURICH-
                             AMERICAN INSURANCE COMPANY

Dated: May ____, 2006        ROBINSON & WOOD

                             By: _____
                             Jonathan King
                             Attorney for RELIABLE TRUCKING

Second Stipulation Extending Defendants' Time to Respond to Plaintiff's Complaint

1  Plaintiff filed its complaint on March 14, 2006. Defendant Zurich was served on April
2  21, 2006. Defendant Reliable was served on April 20, 2006. The parties acting by and through
3  their attorneys stipulated that defendant Zurich's time to respond to the complaint be extended to
4  May 25, 2006 and that Reliable's time to respond to the complaint be extended to May 24, 2006.
5
6  The Court ordered the stipulations.
7      The present action arises out of a coverage dispute that arose in Alameda County
8  Superior Court Case No. RG04183951, entitled *Mateo v. Singh*. That matter was recently settled
9  and the coverage dispute between Progressive and Zurich has also recently been settled.
10 Therefore, it is Progressive's intention to voluntarily dismiss the present action pursuant to FRCP
11
12 Rule 41 after the settlement documents have been executed.
13     In order to permit time for the settlement paperwork to be completed, the parties hereby
14 stipulate that defendants will file and serve their responsive pleadings by June 15, 2006.
15
16 SO STIPULATED.
17 Dated: May 24, 2006                    BERTRAND, FOX & ELLIOT
18                                        By: _____
19                                            Richard W. Osman
                                             Attorney for Plaintiff PROGRESSIVE
20                                           CASUALTY INSURANCE COMPANY

21 Dated: May ____, 2006                  LEWIS BRISBOIS BISGAARD & SMITH, LLP
22                                        By: _____
23                                            Mark Koop
                                             Attorney for Defendant ZURICH-
24                                           AMERICAN INSURANCE COMPANY

25 Dated: May 24, 2006                    ROBINSON & WOOD
26                                        By: _____
27 Dated: May 25, 2006                       Jonathan King
                                             Attorney for RELIABLE TRUCKING
28

IT IS SO ORDERED
Judge Joseph C. Spero

Second Stipulation Extending Defendants' Time to Respond to Plaintiff's Complaint                2