LEWIS BRISBOIS BISGAARD & SMITH LLP
DUANE C. MUSFELT, SB# 72058
   E-Mail: musfelt@lbbslaw.com
MARK KOOP, SB# 124614
   E-mail: koop@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile:  (415) 434-0882

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH-AMERICAN INSURANCE COMPANY, HARJIT SINGH dba HARRY BROTHERS TRUCKING, RELIABLE TRUCKING, INC., DENNIS MATEO and JoANN MATEO,<br><br>Defendants. | CASE NO. C 06 1930 JCS<br><br>Action Filed:   March 14, 2006<br><br>**THIRD JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>(Civil L.R. 6-1(a)) |

Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY ("Progressive Casualty"), by and through its counsel of record, Richard W. Osman of Bertrand, Fox & Elliot, P.C., Defendant ZURICH AMERICAN INSURANCE COMPANY ("Zurich American"), by and through its counsel of record, Mark Koop of Lewis Brisbois Bisgaard & Smith LLP, and Defendant RELIABLE TRUCKING, INC. ("Reliable"), by and through its counsel of record David S. Henningsen of Robinson & Wood, Inc., hereby agree and stipulate to the following:

Plaintiff filed its complaint for declaratory relief on March 14, 2006. Defendant Zurich American was served on April 21, 2006. Defendant Reliable was served on April 20, 2006.

The parties, acting by and through their respective counsel, first stipulated that Defendant Zurich American's time to respond to Plaintiff Progressive Casualty's complaint would be

1 | extended to May 25, 2006, and that Defendant Reliable's time to respond to the complaint would
2 | be extended to May 24, 2006.

3 | The parties, acting by and through their respective counsel, subsequently stipulated, for a second time, that both defendants' time to respond to the complaint would be further extended to June 15, 2006.

6 | The present action arises out of a coverage dispute that arose in Alameda County Superior Court Case No. RG04183951, entitled *Dennis Mateo et al. v. Harjit Singh et al.* That matter was recently settled and the coverage dispute between Progressive Casualty and Zurich American has also recently been settled. The latter settlement is contingent upon dismissal of *Mateo v. Singh*. However, settlement of *Mateo v. Singh* has been only partially funded as of the execution of this stipulation, and *Mateo v. Singh* has not yet been dismissed. Nevertheless, the parties believe that funding of that settlement will be concluded in the near future, and it remains Progressive Casualty's intention to voluntarily dismiss the present action pursuant to Federal Rule of Civil Procedure 41 upon dismissal of *Mateo v. Singh*.

15 | In order to permit time for that settlement to be funded, for the settlement papers to be executed, and for *Mateo v. Singh* to dismissed, so that the present action may then be dismissed, the parties hereby stipulate, for a third time, that defendants will file and serve their responsive pleadings by June 23, 2006. This third stipulation will not alter the date of any event or any deadline already fixed by Court Order. The first such deadline in this matter is June 30, 2006, by which date, if this matter has not by then been dismissed, the parties must participate in an Early Party Conference (Fed. R. Civ. P. 26(f)), preceding the Initial Case Management Conference, scheduled for July 21, 2006.

IT IS SO STIPULATED.

DATED: June 14, 2006            BERTRAND, FOX & ELLIOT PC.

                                By _____
                                   Richard W. Osman
                                   Attorneys for Plaintiff
                                   PROGRESSIVE CASUALTY INSURANCE COMPANY

```
 1
 2
 3  DATED: June 15, 2006          LEWIS BRISBOIS BISGAARD & SMITH LLP
 4
 5
                           By     /s/ Mark Koop
 6                                Mark Koop
                                  Attorneys for Defendant
 7                                ZURICH AMERICAN INSURANCE COMPANY
 8
 9  DATED: June 15, 2006          ROBINSON & WOOD, Inc.
10
11
                           By     /s/ David S. Henningsen
12                                David S. Henningsen
                                  Attorneys for Defendant
13                                RELIABLE TRUCKING, INC.
14
15
16  Dated: June 16, 2006
17                                  IT IS SO ORDERED
18                                  Judge Joseph C. Spero
19
```

(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)