```
 1  LEWIS BRISBOIS BISGAARD & SMITH LLP
    DUANE C. MUSFELT, SB# 72058
 2    E-Mail: musfelt@lbbslaw.com
    MARK KOOP, SB# 124614
 3    E-mail: koop@lbbslaw.com
    One Sansome Street, Suite 1400
 4  San Francisco, California 94104
    Telephone: (415) 362-2580
 5  Facsimile:  (415) 434-0882

 6  Attorneys for Defendant
    ZURICH AMERICAN INSURANCE COMPANY
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ZURICH-AMERICAN INSURANCE COMPANY, HARJIT SINGH dba HARRY BROTHERS TRUCKING, RELIABLE TRUCKING, INC., DENNIS MATEO and JoANN MATEO, <br><br> Defendants. | CASE NO. C 06 1930 JCS <br><br> Action Filed:   March 14, 2006 <br><br> **FOURTH JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** <br><br> (Civil L.R. 6-1(a)) |

Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY ("Progressive Casualty"), by and through its counsel of record, Richard W. Osman of Bertrand, Fox & Elliot, P.C., Defendant ZURICH AMERICAN INSURANCE COMPANY ("Zurich American"), by and through its counsel of record, Mark Koop of Lewis Brisbois Bisgaard & Smith LLP, and Defendant RELIABLE TRUCKING, INC. ("Reliable"), by and through its counsel of record David S. Henningsen of Robinson & Wood, Inc., hereby agree and stipulate to the following:

Plaintiff filed its complaint for declaratory relief on March 14, 2006. Defendant Zurich American was served on April 21, 2006. Defendant Reliable was served on April 20, 2006.

The parties, acting by and through their respective counsel, first stipulated that Defendant Zurich American's time to respond to Plaintiff Progressive Casualty's complaint would be

1  extended to May 25, 2006, and that Defendant Reliable's time to respond to the complaint would
2  be extended to May 24, 2006.

3      The parties, acting by and through their respective counsel, subsequently stipulated, for a
4  second time, that both defendants' time to respond to the complaint would be further extended to
5  June 15, 2006.

6      The parties, acting by and through their respective counsel, subsequently stipulated, for a
7  third time, that both defendants' time to resond to the complaint would be further extended to
8  June 23, 2006.

9      The present action arises out of a coverage dispute that arose in Alameda County Superior
10  Court Case No. RG04183951, entitled *Dennis Mateo et al. v. Harjit Singh et al.* That matter was
11  recently settled and the coverage dispute between Progressive Casualty and Zurich American has
12  also recently been settled. The latter settlement is contingent upon dismissal of *Mateo v. Singh.*
13  As of the date of this stipulation, all settlement funds, in the amounts agreed upon, have been
14  tendered by Progressive Casualty and by Zurich American to the plaintiffs in that matter.
15  However, plaintiffs have not yet dismissed *Mateo v. Singh.* The parties to this stipulation
16  understand that plaintiffs expect to dismiss *Mateo v. Singh* in the week beginning Monday,
17  June 26, 2006, and it remains Progressive Casualty's intention to voluntarily dismiss the present
18  action pursuant to Federal Rule of Civil Procedure 41 upon dismissal of *Mateo v. Singh.*

19      In order to permit time *Mateo v. Singh* to dismissed, so that the present action may then be
20  dismissed, the parties hereby stipulate, for a fourth time, that defendants will file and serve their
21  responsive pleadings by June 29, 2006. This fourth stipulation will not alter the date of any event
22  or any deadline already fixed by Court Order. The first such deadline in this matter is June 30,
23  2006, by which date, if this matter has not by then been dismissed, the parties must participate in
24  an Early Party Conference (Fed. R. Civ. P. 26(f)), preceding the Initial Case Management
25  Conference, scheduled for July 21, 2006.

26  //
27  //
28  //

```
 1   IT IS SO STIPULATED.
 2
     DATED: June 22, 2006              BERTRAND, FOX & ELLIOT P.C.
 3
 4                                     By /s/ Richard W. Osman
 5                                        ─────────────────────────
                                          Richard W. Osman
 6                                     Attorneys for Plaintiff
                                       PROGRESSIVE CASUALTY INSURANCE COMPANY
 7
 8
 9   DATED: June ___, 2006             LEWIS BRISBOIS BISGAARD & SMITH LLP
10
11                                     By ─────────────────────────
                                          Mark Koop
12
                                       Attorneys for Defendant
13                                     ZURICH AMERICAN INSURANCE COMPANY
14
15
     DATED: June ___, 2006             ROBINSON & WOOD, Inc.
16
17
                                       By ─────────────────────────
18                                        David S. Henningsen
19                                     Attorneys for Defendant
                                       RELIABLE TRUCKING, INC.
20
21
22
23
24
25
26
27
28
```

4843-4001-0241.1                           -3-
FOURTH JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT

1  IT IS SO STIPULATED.

2  DATED: June ____, 2006        BERTRAND, FOX & ELLIOT P.C.

3

4

5                                By _____
                                   Richard W. Osman

6                                Attorneys for Plaintiff
                                 PROGRESSIVE CASUALTY INSURANCE COMPANY
7

8

9  DATED: June 23, 2006          LEWIS BRISBOIS BISGAARD & SMITH LLP

10

11                               By _____
                                   Mark Koop
12

13                               Attorneys for Defendant
                                 ZURICH AMERICAN INSURANCE COMPANY
14

15

16 DATED: June ____, 2006        ROBINSON & WOOD, Inc.

17

18                               By _____
                                   David S. Henningsen

19                               Attorneys for Defendant
                                 RELIABLE TRUCKING, INC.
20

21

22

23

24

25

26

27

28

1  IT IS SO STIPULATED.

2  DATED: June ___, 2006                    BERTRAND, FOX & ELLIOT P.C.
3

4
                                    By  _____
5                                       Richard W. Osman

6                                       Attorneys for Plaintiff
                                        PROGRESSIVE CASUALTY INSURANCE COMPANY
7

8

9  DATED: June ___, 2006                    LEWIS BRISBOIS BISGAARD & SMITH LLP
10

11
                                    By  _____
                                        Mark Koop
12

13                                      Attorneys for Defendant
                                        ZURICH AMERICAN INSURANCE COMPANY
14

15
   DATED: June 23, 2006                     ROBINSON & WOOD, Inc.
16

17
                                    By  _____     James C. Suits II
18                                      David S. Henningsen                For David S. Henningsen

19                                      Attorneys for Defendant
                                        RELIABLE TRUCKING, INC.
20

21

22  Dated: June 29, 2006

23                          IT IS SO ORDERED
                                    /s/
24                          Judge Joseph C. Spero
                            UNITED STATES DISTRICT COURT
25                          NORTHERN DISTRICT OF CALIFORNIA

26

27

28

4843-4001-0241.1                            -3-
FOURTH JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT