1  GREGORY M. FOX, ESQ., SBN 070876
   RICHARD W. OSMAN, ESQ., SBN 167993
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, CA 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 PROGRESSIVE CASUALTY INSURANCE  )  Case No.:  C-06-01930-JCS
   COMPANY,                        )
12                                 )
              Plaintiff,           )
13                                 )  **FIFTH STIPULATION EXTENDING
                                   )  DEFENDANTS' TIME TO RESPOND TO
          vs.                      )  PLAINTIFF'S COMPLAINT; REQUEST
14                                 )  TO EXTEND DEADLINE TO MEET AND
                                   )  CONFER RE: INITIAL DISCLOSURES,
15 ZURICH-AMERICAN INSURANCE       )  ADR PROCESS SELECTION, AND
   COMPANY, HARJIT SINGH dba HARRY )  DISCOVERY PLAN AND TO FILE
16 BROS. TRUCKING, RELIABLE        )  JOINT ADR CERTIFICATION; ORDER
   TRUCKING, INC., DENNIS MATEO and)  THEREON**
17 JoANN MATEO,                    )
                                   )  Civil Local Rules 6-1(a)
18                                 )
              Defendants.          )
19                                 )

20 _____

21
        Plaintiff, Progressive Casualty Insurance Company (hereinafter, "Progressive"), by and
22
   through its counsel of record, Richard W. Osman of Bertrand, Fox & Elliot, and defendant
23
   ZURICH-AMERICAN INSURANCE COMPANY ("Zurich"), by and through its counsel of
24
25 record Mark Koop of Lewis Brisbois Bisgaard & Smith, LLP, and defendant RELIABLE

26 TRUCKING, INC. ("Reliable") by and through its counsel of record David S. Henningsen, of

27 ROBINSON & WOOD, INC. hereby agree and stipulate as follows:

28
                                                                                              1
_____
FIFTH STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT;
REQUEST TO EXTEND DEADLINE TO MEET AND CONFER RE: INITIAL DISCLOSURES, ADR PROCESS
SELECTION, AND DISCOVERY PLAN AND TO FILE JOINT ADR CERTIFICATION

Plaintiff filed its complaint on March 14, 2006. Defendant Zurich was served on April 21, 2006. Defendant Reliable was served on April 20, 2006. The parties acting by and through their attorneys have stipulated four times that defendant Zurich's and Reliable's time to respond to the complaint be extended, most recently to June 29, 2006, while the settlement in the underlying matter is completed and a dismissal is filed.

The present action arises out of a coverage dispute that arose in Alameda County Superior Court Case No. RG04183951, entitled *Mateo v. Singh*. That matter was recently settled and the coverage dispute between Progressive and Zurich was also recently settled. The latter settlement is contingent upon dismissal of *Mateo v. Singh*. As of the date of this stipulation, all settlement funds have been tendered by Progressive and Zurich. Progressive's retained defense counsel confirmed that plaintiffs' counsel received said funds and deposited the funds in his trust account on or before June 23, 2006, but that plaintiff's counsel is waiting for the check to clear before he dismisses *Mateo v. Singh*. It remains Progressive's intention to voluntarily dismiss the present action pursuant to FRCP Rule 41 immediately after the *Mateo v. Singh* matter is dismissed, which should be within the next few days.

In order to permit time for the dismissal of *Mateo v.* Singh to be filed, the parties hereby stipulate for a fifth time that defendants will file and serve their responsive pleadings by July 7, 2006.

This fifth stipulation will affect the June 30, 2006 deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and to file the Joint ADR Certification with Stipulation to ADR, pursuant to FR Civ. P 26(f), ADR L.R. 3-5 and Civil L.R. 16-8.

FIFTH STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; REQUEST TO EXTEND DEADLINE TO MEET AND CONFER RE: INITIAL DISCLOSURES, ADR PROCESS SELECTION, AND DISCOVERY PLAN AND TO FILE JOINT ADR CERTIFICATION

The parties therefore request that the Court order that the June 30, 2006 deadline be extended to July 7, 2006, to allow time for the *Mateo v. Singh* dismissal to be filed so that the present matter can be voluntarily dismissed.

SO STIPULATED.

Dated: June 29, 2006                BERTRAND, FOX & ELLIOT

By: _____
    Richard W. Osman
    Attorney for Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY

Dated: June ____, 2006              LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: _____
    Mark Koop
    Attorney for Defendant ZURICH AMERICAN INSURANCE COMPANY

Dated: June ____, 2006              ROBINSON & WOOD

By: _____
    David S. Henningsen
    Attorney for RELIABLE TRUCKING

**ORDER**

IT IS SO ORDERED.

Dated: ~~June~~ July 10, 2006       _____
                                    U.S. District Judge Joseph C. Spero

---

FIFTH STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; REQUEST TO EXTEND DEADLINE TO MEET AND CONFER RE: INITIAL DISCLOSURES, ADR PROCESS SELECTION, AND DISCOVERY PLAN AND TO FILE JOINT ADR CERTIFICATION

3