| | |
|---|---|
| 1 | GREGORY M. FOX, ESQ., SBN 070876 |
| 2 | RICHARD W. OSMAN, ESQ., SBN 167993<br>BERTRAND, FOX & ELLIOT |
| 3 | The Waterfront Building<br>2749 Hyde Street |
| 4 | San Francisco, CA 94109<br>Telephone: (415) 353-0999 |
| 5 | Facsimile: (415) 353-0990 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) | Case No.: C-06-01930-JCS |
| | ) | |
| Plaintiff, | ) | **SIXTH STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; REQUEST TO EXTEND DEADLINE TO MEET AND CONFER RE: INITIAL DISCLOSURES, ADR PROCESS SELECTION, AND DISCOVERY PLAN AND TO FILE JOINT ADR CERTIFICATION; ORDER THEREON**<br><br>**Civil Local Rules 6-1(a)** |
| vs. | ) | |
| ZURICH-AMERICAN INSURANCE COMPANY, HARJIT SINGH dba HARRY BROS. TRUCKING, RELIABLE TRUCKING, INC., DENNIS MATEO and JoANN MATEO, | ) | |
| Defendants. | ) | |

Plaintiff, Progressive Casualty Insurance Company (hereinafter, "Progressive"), by and through its counsel of record, Richard W. Osman of Bertrand, Fox & Elliot, and defendant ZURICH-AMERICAN INSURANCE COMPANY ("Zurich"), by and through its counsel of record Mark Koop of Lewis Brisbois Bisgaard & Smith, LLP, and defendant RELIABLE TRUCKING, INC. ("Reliable") by and through its counsel of record David S. Henningsen, of ROBINSON & WOOD, INC. hereby agree and stipulate as follows:

1

---
SIXTH STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; REQUEST TO EXTEND DEADLINE TO MEET AND CONFER RE: INITIAL DISCLOSURES, ADR PROCESS SELECTION, AND DISCOVERY PLAN AND TO FILE JOINT ADR CERTIFICATION

1  Plaintiff filed its complaint on March 14, 2006. Defendant Zurich was served on April 21, 2006. Defendant Reliable was served on April 20, 2006. The parties acting by and through their attorneys have stipulated four times that defendant Zurich's and Reliable's time to respond to the complaint be extended, most recently to June 29, 2006, while the settlement in the underlying matter is completed and a dismissal is filed.

The present action arises out of a coverage dispute that arose in Alameda County Superior Court Case No. RG04183951, entitled *Mateo v. Singh*. That matter was recently settled and the coverage dispute between Progressive and Zurich was also recently settled. The latter settlement is contingent upon dismissal of *Mateo v. Singh*. As of the date of this stipulation, all settlement funds have been tendered by Progressive and Zurich. Progressive's retained defense counsel confirmed that plaintiffs' counsel received said funds and deposited the funds in his trust account on or before June 23, 2006, but that plaintiff's counsel is waiting for the check to clear before he dismisses *Mateo v. Singh*.

On July 5, 2006, coverage counsel for Zurich, Mark Koop, received correspondence from Reliable's retained defense counsel, Robinson & Wood, informing him that they had not yet received a dismissal of the *Mateo v. Singh* matter, but that plaintiffs' counsel indicated that he hopes to have the matter resolved by July 7, 2006. Plaintiff's counsel further indicated that he presently awaits final negotiation of the settlement draft, which due to a bank hold policy has not yet occurred. Progressive intends to voluntarily dismiss the present action pursuant to FRCP Rule 41 immediately after the *Mateo v. Singh* matter is dismissed, which now will likely be on July 10, 2006.

In order to permit time for the dismissal of *Mateo v.* Singh to be filed, the parties hereby stipulate for a sixth time that defendants will file and serve their responsive pleadings by July 14, 2006.

2

SIXTH STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; REQUEST TO EXTEND DEADLINE TO MEET AND CONFER RE: INITIAL DISCLOSURES, ADR PROCESS SELECTION, AND DISCOVERY PLAN AND TO FILE JOINT ADR CERTIFICATION

This sixth stipulation will affect the June 30, 2006 deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and to file the Joint ADR Certification with Stipulation to ADR, pursuant to FR Civ. P 26(f), ADR L.R. 3-5 and Civil L.R. 16-8, which deadline the parties have already requested be extended to July 7, 2006.

The parties therefore request that the Court order that the June 30, 2006 deadline be extended to July 14, 2006, to allow time for the *Mateo v. Singh* dismissal to be filed so that the present matter can be voluntarily dismissed.

SO STIPULATED.

Dated: July 7, 2006         BERTRAND, FOX & ELLIOT

                            By: _____
                                Richard W. Osman
                                Attorney for Plaintiff PROGRESSIVE
                                CASUALTY INSURANCE COMPANY

Dated: July ____, 2006      LEWIS BRISBOIS BISGAARD & SMITH, LLP

                            By: _____
                                Mark Koop
                                Attorney for Defendant ZURICH
                                AMERICAN INSURANCE COMPANY

Dated: July 7, 2006         ROBINSON & WOOD

                            By: _____
                                David S. Henningsen
                                Attorney for RELIABLE TRUCKING

**ORDER**

IT IS SO ORDERED.

Dated: July 10, 2006        _____
                            U.S. District Judge Joseph C. Spero

SIXTH STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; REQUEST TO EXTEND DEADLINE TO MEET AND CONFER RE INITIAL DISCLOSURES, ADR PROCESS SELECTION, AND DISCOVERY PLAN AND TO FILE JOINT ADR CERTIFICATION                          3